## CLIME v. PHIPPS.

NO BRIEF OR ARGUMENT BY APPELLANT: APPEAL DEEMED ABANDONED, AND IS DISMISSED.

*Appeal from Page Circuit Court.*

MONDAY, DECEMBER 10.

THIS is an action in equity, by which the plaintiff claims to be the owner of certain real estate, which, it is alleged, she inherited from Washington Phipps, deceased. The ground of the claim is that she is the illegitimate and only child of Phipps, and that in his lifetime he recognized her as his child, and that such recognition was general and notorious and in writing. The defendants are the persons who would inherit from Phipps if the plaintiff's claim of childhood is not sustained. The court entered a decree for the plaintiff, and defendants appeal.

*H. W. Maxwell* and *T. E. Clark*, for appellant.

*W. B. Moon*, for appellee.

ROTHROCK, J.—The appellants have filed an abstract, and the appellees have filed an amended abstract and an argument. The appellants have presented no brief nor argument. We presume that they intend to abandon the appeal, or they would in some manner indicate to this court why or wherein the decree of the court is erroneous.

AFFIRMED.